# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kornmann, Charles B. | District of South Dakota | 04/22/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior status | ☐ Nomination Date  ☐ Initial  ✔ Annual  ☐ Final | 01/01/2019 **to** 12/31/2019 |
|  | **5b.** ☐ Amended Report |  |

**7. Chambers or Office Address**

102 4th Ave, SE, Suite 408
Aberdeen, SD 57401

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. General partner | Ivey and Kornmann, a partnership |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1-1-97 | Articles of Partnership, Ivey & Kornmann |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 04/22/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. farm land, Hamlin County, SD | E | Rent | O | W | | | | | |
| 2. 43.84% interest, partner, Ivey & Kornmann | G | Distribution | N | W | | | | | |
| 3. 43.84% interest, partner, Ivey & Kornmann | G | Distribution | N | W | | | | | |
| 4. SD Retirement System, monthly benefits | D | Distribution | L | W | | | | | |
| 5. AMG Managers Invesment Group, f/k/a / Brandywine Fund | E | Dividend | M | T | | | | | |
| 6. Oakmark Select Shares | B | Dividend | M | T | | | | | |
| 7. Masters Select Equity Fund Shares | D | Dividend | M | T | | | | | |
| 8. Vanguard 500 Index Fund (Ivey & Kornmann | D | Dividend | N | T | | | | | |
| 9. Vanguard REIT Fund (Ivey & Kornmann) | D | Dividend | N | T | | | | | |
| 10. Judgment vs. Bill Welk of Aberdeen, S.D. (Ivey & Kornmann) | F | Interest | | | | 08/20/19 | M | D | Brown Co. S.D. sheriff |
| 11. Eaton Vance Tax Global Buy Write Fund (Ivey & Kornmann) | B | Dividend | | | Sold | 03/19/19 | K | A | |
| 12. Ft. Spec Fin & Finl Oppty, Ivey & Kornmann | B | Dividend | | | Sold | 03/19/19 | J | A | |
| 13. Healthcare Plus Federal Credit Union | A | Interest | M | T | | | | | |
| 14. Healthcare Plus Federal Credit Union, Ivey & Kornmann | A | Interest | M | T | | | | | |
| 15. Twin Homes, Aberdeen, Brown County, SD | E | Rent | N | W | | | | | |
| 16. Wells Fargo Advantage Global (Ivey & Kornmann) | B | Dividend | | | Sold | 03/19/19 | J | A | |
| 17. Europacific Growth FD | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | A | Distribution | | | | | | | |
| 19. | | | | | Buy (add'l) | 08/08/19 | J | | |
| 20. | | | | | Sold (part) | 11/18/19 | J | A | |
| 21.  Europacific Growth FD | A | Dividend | J | T | | | | | |
| 22. | A | Distribution | | | | | | | |
| 23. | | | | | Buy (add'l) | 08/08/19 | J | | |
| 24. | | | | | Sold (part) | 11/11/19 | J | A | |
| 25.  Artisan Partners FDS | A | Distribution | J | T | | | | | |
| 26. | | | | | Sold (part) | 11/18/19 | J | A | |
| 27.  Artisan Partners FDS | A | Distribution | J | T | | | J | A | |
| 28. | | | | | Sold (part) | 11/18/19 | J | A | |
| 29.  Gabelli Equity Series FD | A | Dividend | | | | | | | |
| 30. | | | | | Sold | 05/21/19 | K | C | |
| 31.  Gabellli Equity Series FD | A | Dividend | | | | | | | |
| 32. | | | | | Sold | 05/21/19 | J | A | |
| 33.  Growth Fund Amer. | A | Dividend | K | T | | | | | |
| 34. | C | Distribution | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 05/18/19 | J | | |
| 36. | | | | | Sold (part) | 11/18/19 | J | A | |
| 37. Growth Fund Amer. | A | Dividend | J | T | | | | | |
| 38. | A | Distribution | | | | | | | |
| 39. | | | | | Buy (add'l) | 05/18/19 | J | | |
| 40. | | | | | Sold (part) | 11/18/19 | J | A | |
| 41. Harbor Fund Cap | | None | | | Sold | 05/21/19 | K | C | |
| 42. Harbor Fund Cap | | None | | | Sold | 05/21/19 | J | A | |
| 43. Hartford Mut FDS Inc. | A | Distribution | K | T | | | | | |
| 44. | | | | | Sold (part) | 11/18/19 | J | A | |
| 45. Hartford Mut FDS Inc. | A | Distribution | K | T | | | | | |
| 46. | | | | | Sold (part) | 04/12/19 | J | A | |
| 47. | | | | | Sold (part) | 11/11/19 | J | A | |
| 48. Investment Co. Amer. | A | Dividend | | | | | | | |
| 49. | | | | | Sold (part) | 01/11/19 | J | A | |
| 50. | | | | | Sold (part) | 04/12/19 | J | A | |
| 51. | | | | | Sold | 05/21/19 | K | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Investment Co. Amer | A | Dividend | | | | | | | |
| 53. | | | | | Sold (part) | 01/11/19 | J | A | |
| 54. | | | | | Sold | 05/21/19 | J | A | |
| 55. American FDS Inc.New World | A | Dividend | K | T | | | | | |
| 56. | A | Distribution | | | | | | | |
| 57. | | | | | Sold (part) | 11/11/19 | J | A | |
| 58. American FDS Inc. New World | A | Dividend | J | T | | | | | |
| 59. | A | Distribution | | | | | | | |
| 60. | | | | | Sold (part) | 11/11/19 | J | A | |
| 61. Pimco FDS Pac Invt | A | Dividend | J | T | | | | | |
| 62. Pimco FDS Pac Invt | A | Dividend | J | T | | | | | |
| 63. Oppenheimer Dev. Mkts. | A | Dividend | J | T | | | | | |
| 64. | A | Distribution | | | | | | | |
| 65. Oppenheimer Dev. Mkts | A | Dividend | J | T | | | | | |
| 66. | | Distribution | | | | | | | |
| 67. T Rowe Price Real Est. Fund Inc. | A | Dividend | | | | | | | |
| 68. | | | | | Sold | 08/08/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. T Rowe Price Real Est. Fund Inc. | A | Dividend | | | | | | | |
| 70. | | | | | Sold | 08/08/19 | J | A | |
| 71. T Rowe Price MD-CP Val. | | None | | | Sold | 05/21/19 | K | B | |
| 72. T Rowe Price MD-CP Val | | None | | | Sold | 05/21/19 | J | A | |
| 73. Small Cap World Fund Inc. 1 | A | Distribution | K | T | | | | A | |
| 74. | | | | | Sold<br>(part) | 05/21/19 | J | A | |
| 75. Small Cap World Fund Inc. | A | Distribution | J | T | | | | | |
| 76. | | | | | Sold<br>(part) | 05/21/19 | J | A | |
| 77. Wash; Mut. Investors Fund | A | Dividend | L | T | | | | | |
| 78. | B | Distribution | | | | | | | |
| 79. | | | | | Buy<br>(add'l) | 05/21/19 | J | | |
| 80. | | | | | Buy<br>(add'l) | 05/22/19 | J | | |
| 81. | | | | | Buy<br>(add'l) | 08/08/19 | J | | |
| 82. | | | | | Buy<br>(add'l) | 08/09/19 | J | | |
| 83. | | | | | Sold<br>(part) | 11/18/19 | J | A | |
| 84. Wash. Mut. Investors Fund | A | Dividend | J | T | | | | | |
| 85. | A | Distribution | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 05/21/19 | J | | |
| 87. | | | | | Buy<br>(add'l) | 05/22/19 | J | | |
| 88. | | | | | Buy<br>(add'l) | 08/08/19 | J | | |
| 89. | | | | | Buy<br>(add'l) | 08/09/19 | J | | |
| 90. | | | | | Sold<br>(part) | 11/18/19 | J | A | |
| 91. Invesco Comstock Fund | A | Dividend | J | T | | | | | |
| 92. | A | Distribution | | | | | | | |
| 93. | | | | | Sold<br>(part) | 11/18/19 | J | A | |
| 94. Invesco Comstock Fund | A | Dividend | J | T | | | | | |
| 95. | A | Distribution | | | | | | | |
| 96. | | | | | Sold<br>(part) | 11/11/19 | J | A | |
| 97. JP Morgan Large Cap | | None | | | Sold | 05/21/19 | J | C | |
| 98. JP Morgan Large Cap | | None | | | Sold | 05/21/19 | J | A | |
| 99. Deutsche Bank Global Real Estate Fd | A | Dividend | | | | | | | |
| 100. | A | Distribution | | | | | | | |
| 101. | | | | | Sold | 08/08/19 | J | A | |
| 102. Deutsche Bank Global Real Estate Fd | A | Dividend | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | A | Distribution | | | | | | | |
| 104. | | | | | Sold | 08/08/19 | J | A | |
| 105. Deutsche Bank Enhanced Comm Fd | A | Dividend | | | | | | | |
| 106. | | | | | Sold | 08/08/19 | J | A | |
| 107. Primrose, St. George, Utah | | None | K | T | Buy | 07/26/19 | K | | |
| 108. Deutsche Bank Enhanced Comm Fd | A | Dividend | | | | | | | |
| 109. | | | | | Sold | 08/08/19 | J | A | |
| 110. Bond Fund of America F-2 | A | Dividend | J | T | | | | | |
| 111. Bond Fund of America F-2 | A | Dividend | J | T | | | | | |
| 112. JP Morgan High Yield Fund | A | Dividend | | | | | | | |
| 113. | | | | | Sold | 10/07/19 | J | A | |
| 114. JP Morgan High Yield Fund | A | Dividend | | | | | J | A | |
| 115. | | | | | Sold | 10/07/19 | J | A | |
| 116. Delaware Large Cap Value Fund | | | J | T | Buy | 05/21/19 | K | | |
| 117. | | | | | Buy<br>(add'l) | 08/08/19 | J | | |
| 118. | A | Dividend | | | | | | | |
| 119. | A | Distribution | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold<br>(part) | 11/18/19 | J | A | |
| 121.  Delaware Large Cap Value Fund | | | J | T | Buy | 05/21/19 | K | | |
| 122. | | | | | Buy<br>(add'l) | 08/08/19 | J | | |
| 123. | A | Dividend | | | | | | | |
| 124. | A | Distribution | | | | | | | |
| 125. | | | | | Sold<br>(part) | 11/18/19 | J | A | |
| 126.  Wells Fargo Small Cap Value Fund | | | K | T | Buy | 05/21/19 | K | | |
| 127. | | | | | Buy<br>(add'l) | 05/22/19 | J | | |
| 128. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 129. | A | Dividend | | | | | | | |
| 130. | A | Distribution | | | | | | | |
| 131.  Wells Fargo Small Cap 'Value Fund | | | J | T | Buy | 05/21/19 | J | | |
| 132. | | | | | Buy<br>(add'l) | 05/22/19 | J | | |
| 133. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 134. | A | Dividend | | | | | | | |
| 135. | A | Distribution | | | | | | | |
| 136.  Goldman Sachs Money Market | | | J | T | Buy | 05/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 07/12/19 | J | A | |
| 138. | | | | | Buy (add'l) | 09/24/19 | J | | |
| 139. | | | | | Sold (part) | 10/11/19 | J | A | |
| 140. | A | Dividend | | | | | | | |
| 141. Goldman Sachs Money Market | | | J | T | Buy | 05/22/19 | J | | |
| 142. | | | | | Sold (part) | 07/12/19 | J | A | |
| 143. | | | | | Buy (add'l) | 09/24/19 | J | | |
| 144. | | | | | Sold (part) | 10/11/19 | J | A | |
| 145. | A | Dividend | | | | | | | |
| 146. Jensen Funds Portfolio | | | K | T | Buy | 05/21/19 | K | | |
| 147. | | | | | Buy (add'l) | 08/08/19 | J | | |
| 148. | | | | | Sold (part) | 11/18/19 | J | A | |
| 149. | A | Dividend | | | | | | | |
| 150. | B | Distribution | | | | | | | |
| 151. Jensen Funds Portfolio | | | J | T | Buy | 05/21/19 | J | | |
| 152. | | | | | Buy (add'l) | 08/08/19 | J | | |
| 153. | | | | | Sold (part) | 11/18/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | A | Dividend | | | | | | | |
| 155. | A | Distribution | | | | | | | |
| 156.  John Hancock Disciplined Value | | | K | T | Buy | 05/21/19 | K | | |
| 157. | | | | | Sold (part) | 11/18/19 | J | A | |
| 158. | A | Dividend | | | | | | | |
| 159. | A | Distribution | | | | | | | |
| 160.  John Hancock Disciplined Value | | | J | T | Buy | 05/21/19 | J | | |
| 161. | | | | | Sold (part) | 11/18/19 | J | A | |
| 162. | A | Dividend | | | | | | | |
| 163. | A | Distribution | | | | | | | |
| 164.  PGIM High Yield | | | J | T | Buy | 10/07/19 | J | | |
| 165. | A | Dividend | | | | | | | |
| 166.  PGIM High Yield | | | J | T | Buy | 10/07/19 | J | | |
| 167. | A | Dividend | | | | | | | |
| 168.  Russell Invt Co. Commodity Strategies | A | Dividend | J | T | | | | | |
| 169. | A | Distribution | | | | | | | |
| 170. | | | | | Buy (add'l) | 10/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Russell Emerging Mkts. Cl S | A | Dividend | J | T | | | | | |
| 172. | A | Distribution | | | | | | | |
| 173. | | | | | Sold (part) | 10/15/19 | L | A | |
| 174. Russell Intl. Devel PD Mkts FD Class S | A | Dividend | J | T | | | | | |
| 175. | | | | | Sold (part) | 10/15/19 | L | A | |
| 176. Russell Invt Co. Multi-Strategy | B | Dividend | K | T | | | | | |
| 177. | | | | | Sold (part) | 10/15/19 | L | A | |
| 178. Russell US Small Cap | A | Dividend | L | T | | | | | |
| 179. | C | Distribution | | | | | | | |
| 180. | | | | | Buy (add'l) | 10/15/19 | K | | |
| 181. Russell US Strat Equit | B | Dividend | M | T | | | | | |
| 182. | D | Distribution | | | | | | | |
| 183. | | | | | Sold (part) | 04/04/19 | J | A | |
| 184. | | | | | Sold (part) | 07/05/19 | J | A | |
| 185. | | | | | Sold (part) | 07/16/19 | J | A | |
| 186. | | | | | Buy (add'l) | 10/03/19 | M | | |
| 187. Russell Invt. Co. Global Infrastructure Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | B | Distribution | | | | | | | |
| 189. | | | | | Sold<br>(part) | 10/15/19 | J | A | |
| 190. Jefferson City Retirement, LLC (Ivey &<br>Kornmann) | C | Distribution | K | T | | | | | |
| 191. Cheyenne Retirement, LLC | C | Distribution | L | T | | | | | |
| 192. Mishawaka/South Bend Retirement, LLC<br>(Primrose) | A | Distribution | L | T | | | | | |
| 193. Class B interest in RR Buckeye, LLC | | None | M | T | Buy | 12/17/19 | M | | RR Buckeye, LLC, |
| 194. Debt from Bill Welk (Ivey & Kornmann) | D | Distribution | | | | 11/01/19 | K | D | |
| 195. Nuveen S & P Buy-Write Fund (Ivey &<br>Kornmann | C | Dividend | | | Sold | 03/19/19 | K | D | |
| 196. Newburgh/Evanston (Primrose) | | None | K | T | | | | | |
| 197. C.D., Capital One | A | Interest | L | T | | | | | |
| 198. Goldman Sachs Treasury Instr (Money Mkt) | A | Dividend | J | T | | | | | |
| 199. | | | | | Buy<br>(add'l) | 10/15/19 | J | | |
| 200. Primrose, Appleton, Wis. | | None | L | T | | | | | |
| 201. Primrose, Midland, MI | | None | L | T | | | | | |
| 202. Capital One money market | A | Interest | L | T | | | | | |
| 203. Prom note from Keith Trinko for loan | | None | K | T | Open | 09/01/19 | K | | Keith Trinko |
| 204. C.D. Healthcare Plus | | None | N | U | Buy | 10/07/19 | N | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kornmann, Charles B.** | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  Primrose Tyler, Texas | | None | K | T | Buy | 05/07/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 04/22/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS (Contd.)

Line 1, this land is leased on a cash rent basis to Lakness Farms of Hayti, S.D.

Lines 2 and 3, this partnership owns 2 apartment houses, one in Brown County, S.D., and one in Spink County, S.D. Liquid investments of the partnership and income therefrom are reported in Part VII. All interests in the partnership are owned by immediate family members.

Line 5, this mutual fund is owned by a revocable trust, the trustees being the reporting party and ▮▮▮▮. This is true also of all other mutual funds listed in Part VII, other than funds owned by Ivey and Kornmann which funds are so designated in Part VII. Brandywine Fund, Inc. changed its name to AMG Managers Investment Group but nothing has changed as to this investment.

Line 10, this describes a judgment obtained by Ivey and Kornmann against William Welk of Aberdeen, S.D. for damages for Welk breaching a contract covering the partnership's interest in a Mexico condominium in Playa Carman, Mexico, including all personal property within the condominium.. With postjudgment interest, the entire debt was $247,469.00 as of September 15, 2019. The local sheriff has conducted execution sales of Welk real estate in 2019. Welk will have 12 months from dates of sales in which to redeem by paying the purchase price and all costs plus 10% per annum plus real estate taxes paid by Ivey and Kornmann on the real estate foreclosed. The partnership received a payment of $99,438.48 on August 20, 2019, as a result of some real estate sold by the sheriff to Mark Grasse of Aberdeen, S.D. The amouont received was after deducting all sheriff's fees and costs. The partnership also received $38,770.34 on 11-1-19 as a result of a sheriff's sale to Mark Grasse. The partnership purchased at a foreclosure sale on May 3, 2019, "Lots 3A, 3B, 4A, 4B, 5A, 5B, 6A, 6B, 7A, 7B, 8A, and 8B, Playa Casa Subdivision in the West Half of Section 12, Township 124 North, Range 65 West of the 5th P.M., according to the plat thereof of record in Brown County, S.D." for $40,000 which property is also subject to redemption 12 months after sale. The partnership also purchased at a Welk foreclosure sale on July 1, 2019, the following real property: "The West Half of Section 12, Township 124 North, Range 65 West of the 5th P.M. lying west of Richmond Lake, except that portion thereof condcemned by the State of South Dakota as described in that certain Judgment recorded in Book 22 of Misc. Records, Page 161 in the Brown County Register of Deeds Office, excluding Playa Casa Subdivision Lots 3A through 8A and Lots 3B through 8B in the W1/2 of Section 12-Twn.124 North-Range 65 West of the 5th P.M.., Brown County S.D. and except land deeded for highway purposes, Brown County, S.D., subject to easements, reservations and restrictions of record, if any" for the price of $125,000.00. Such property is also subject to redemption for 12 months after sale. The judgments have been satisfied by virtue of the sheriff's sales to Mark Grasse of Aberdeen, S.D.and by virtue of purchases made by the partnership at foreclosure sales. As of December 31, 2019, no redemptions have been made. Payments and purchases made also were in connection with the asset described in Line 194 below. The judgments have both been satisfied.

Line 13, this is money invested in Healthcare Plus Federal Credit Union of Aberdeen, S.D. by the reporting party and ▮▮▮▮.

Line 14, this is money invested in Healthcare Plus Federal Credit Union of Aberdeen, S.D. by Ivey and Kornmann partnership.

Line 15, this asset is a real estate investment (Twin homes) in Aberdeen, S.D.

Line 107, this is a liimited partnership interest in a Primrose partnership that owns an assisted living care center in St. George, Utah.

Line 190, this is a limited partnership interest in a partnership called Primrose that owns an assisted living care center in Jefferson City, MO. The owner of the limited partnership interest is Ivey and Kornmann partnership. Primrose Retirrement Homes, LLC of Aberdeen, S.D. is the general partner and the seller of the limited partnership interests.

Line 191, this is a limited partnership interest in a Primrose partnership that owns an assisted living care center in Cheyenne WY.

Line 192, this is a limited partnership interest in a Primrose partnership that owns an assisted living care center near South Bend, IN.

Line 193, this is a Class B interest in RR Buckeye, LLC, of Aberdeen, S.D. which owns a motel (My Place) under construction near Scotsdale, AZ.

Line 194. A final judgment was obtrained by Ivey and Kornmann vs. Bill Welk on 4-19-18 in the amount of $40,359.45. This was based on a promissory note in the amount of $31,000 past due. Interst ran at 10% per annum from the date of the judgment. The annual interest rule applies. As of July 19, 2019, the judgment debt grew to $45,504.31 with post judgment interest being applied. The judgment has been satisfied by foreclosure sales of real estate conducted by the county sheriff in 2019 as explained above as to Line 10.. The partnership received a cash payment from the Brown County Sherifff in the amount of $388,770.34 on 11-1-19, all of which was applied to the judgment debt. The judgment has now been satisfied. As of 12-31-19, no redemption has been made and the redemption period has continued to run. Please refer to the further explanation as to Line 10 above.

Line 196 this is a limited partneship interest in a Primrose partnership that owns an assisted living care center near Evanston, Indiana.

Line 200, this is a limited partnership interest in a Primrose partnership that owns an assisted living care center in Appleton, WI.

Line 201, this is a limited partnership interest in a Primrose partnership that owns an assisted living care center in Midland, MI.

Line 203, this is a demand promissory note from Keith Trinko of Aberdeen, S.D. for a personal loan made on 9-1-19.

Line 204, this is a certificate of deposit with Healthcare Plus Federal Savings and Loan of Aberdeen, S.D.

Line 205, this is a limited partnership interest in a Primrose partnership that owns an assisted living care center in Tyler, Texas.

| Name of Person Reporting | Date of Report |
|---|---|
| **Kornmann, Charles B.** | 04/22/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

WHERE DISTRIBUTIONS OR DIVIDENDS ARE SHOWN AS TO ALL STOCK MARKET INVESTMENTS, EACH TRANSACTION WAS A CAPITAL GAIN DISTRIBUTION. THERE IS NO CODE FO R THAT OTHER THAN THE GENERAL DESCRIPTION. ALL SUCH GAINS AND ALL SUCH DIVIDENDS WERE REINVESTED IN THE ASSET DESCRIBED AND ARE PART OF THE TOTAL VALUE SHOWN AT THE END OF THE REPORTING PERIOD FOR EACH SUCH ASSET.

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 04/22/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Charles B. Kornmann**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544